# Court of Appeals
# of the State of Georgia

ATLANTA, May 27, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0401. IN THE INTEREST OF: B. M. D. A/K/A B. S., A CHILD (MOTHER).**

The mother in this case seeks discretionary review of the trial court's order terminating her parental rights. After hearing testimony indicating that the child had stated her desire to live with the mother, the mother requested that the court appoint a separate guardian ad litem in addition to the client-directed attorney to represent the child due to a conflict of interest between the attorney's duty to the child as the child's attorney and the attorney's considered opinion of the child's best interests as guardian ad litem. See OCGA § 15-11-262 (d). The juvenile court, however, denied the request, specifically finding OCGA § 15-11-262 (d) unconstitutional "as an attempt by the Georgia legislature to regulate the practice of law." The court terminated the mother's parental rights, and the mother asserts in her application that the juvenile court erred by finding OCGA § 15-11-262 unconstitutional and denying her request for a separate guardian ad litem for the child.

The Supreme Court has exclusive appellate jurisdiction over all cases in which the constitutionality of a statute is called into question. See Ga. Const. Art. VI, Sec. VI, Par. II (1). "[I]n order to invoke that jurisdiction, the record must show that the trial court specifically passed on the constitutional issue." *Fulton County v. Galberaith*, 282 Ga. 314, 315 (1) (647 SE2d 24) (2007). Because the application materials show that the trial court specifically addressed the constitutional issue, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____05/27/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*